**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Maritza Medina Lopez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA MEDINA LOPEZ,<br><br>    Plaintiff,<br><br>    v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. EDCV13-01753 DFM<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($3,500.00) for attorney fees and TWENTY DOLLARS and NINETY-NINE CENTS ($20.99) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 10, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

1